**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-cr-696 (TJK) |
| v. : | |
| : | |
| MICHAEL AARON CARICO, : | |
| : | |
| Defendant. : | |

**NOTICE OF FILING**

The United States requests that the following exhibits be made a part of the record in this case and be considered by the Court for sentencing purposes. These exhibits are referenced in the Government's Sentencing Memorandum and will be provided to the Court. The United States does not oppose public release of these exhibits.

- Exhibit B: 15-second video in which Carico yells in the U.S. Capitol Rotunda on January 6, 2021.

- Exhibit C: 9-second video in which Carico shares camera footage outside the U.S. Capitol on January 6, 2021.

- Exhibit D: 81-second video from Carico's Google account in which Carico climbs the media tower outside the U.S. Capitol at approximately 4:27 p.m. on January 6, 2021.

- Exhibit E: 29-second video from Carico's Google account in which Carico yells on media tower outside U.S. Capitol at approximately 4:30 p.m. on January 6, 2021.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:   */s/ Jacob R. Steiner*
JACOB R. STEINER
CA Bar No. 325239
Trial Attorney, Detailee
555 4th Street, N.W.
Washington, D.C. 20530
202-924-5829
Jacob.Steiner@usdoj.gov