Dear Chief Judge Kelly,

    I would like to start this letter with my most sincere apology to the residents of DC for having to go through this ongoing ordeal. I would also like to express my remorse for the language and comment I made about speaker of the house Nancy Pelosi. The comment was rude and inappropriate. I would also like to apologize to President Biden, Vice President Kamala Harris, President Trump, Vice President Mike Pence and to the whole of Congress who were affected by this situation. Lastly, I would also like to apologize to you and the court for being obligated to handle this sad catastrophe. If i were able to rewind time this situation would not have happened. I would have made a much better decision with my life which I have now put in jeopardy. I will have to live with these choices for the rest of my life and I expect them to weigh on me each day as they still do. In 2019 I was nonstop working on my craft and doing multiple jobs in California. I filmed 2 feature films and multiple national commercials which are still being aired to this day. My first lead role in a film was shot that year and is up and running on Amazon Prime called Alienated. I was also making strides in the photography realm as I have done multiple head shots and art work for several A list talents. I am also an avid surfer and was teaching children part time how to surf for Malibu Surf Camp. All in all I was working well and seeing great success in my fields. I had purchased a condo in Burbank CA and had paid off my condo in Miami beach. My occupations were similar in Miami however I had more of a full time job in hospitality which was lucrative. I chose to change fields and use my artistic knowledge and passions to make a living. I had lived in California for about 6 years and was doing better than ever. I felt I had purpose and was doing something I had true passion for. Then it was 2020. The covid pandemic pretty much changed everything for me and millions of others. Living in California is quite expensive. I had to really hustle to make ends meet and that was before the pandemic. Once they shut down sets and production offices / studios, there was really only one way left for me to make a living and that was by giving full time surf lessons. Most days I was in the water for 6 hours teaching.  I was making my bills with a little help from my parents who I am so grateful for. Then the state of CA closed the beaches down completely. With a mortgage after taxes and association fees of $3100 a month and a second place with an association fee of $715 a month,  I had no way to make a living in California. I then left the state and went back home to Florida to work. I was laying tile for a friend's company which still wasn't enough to pay my bills. As time went on, I continued to pay my mortgage and taxes with my savings until it finally came to an end. I had run through everything I had saved and was lost for ideas. This is when I got the bad idea of attending the protest on January 6th. I thought to myself, perhaps I can use some of my photography gear to take a few high end pictures/videos of the protest and sell them to a news outlet for side income. This is still the greatest mistake of my life as it has brought me nothing but trouble. I should have used my heart instead of my wallet to make a better decision. This was the first time in my life where I was financially hurting and in fear of losing everything I worked for for 15 years.  When we got to the protest, things were very uplifting and friendly. People were in good spirits and everything seemed normal. By the time we got to the capitol people had already been inside. I saw the doors open and people continually going in without violence or force. This is where I made the largest mistake I've ever made. I thought to myself, If i'm going to sell this footage to the news this is what they would want. What a stupid descion. I cannot express the remorse I feel everyday for this action. Nothing I write will deliver my sympathy or conflictions I have. I can only explain my thought process and why I was

even there. There was no violence or conflict as I went in. If I had seen any types of fighting of any kind I don't believe I would have gone inside. I feel ignorant and ashamed. After being inside for roughly 20 minutes or so I left and went back to our hotel room where my nightmare began. Turning on the TV and seeing the violence that occurred prior to my arrival caused me to be nauseous and terrified. I felt and continue to feel ashamed and disappointed in myself for even being a part of the protest. I have embarrassed myself, my family, and my country. I have defimated my name which will now be continually used against me whether it's for a new occupation, a background check, or any community situation. Being so disgusted with myself I chose not to sell any of the footage. Being called a terrorist has completley changed my drive and outlook on myself. I became frightened and deleted everything in hopes to forget such a disgraceful day of events.  I have received death threats through voice mail, lost most of my friends in the realm of film, lost my agent, manager, lost my career and am on the verge of having to do something different altogether because of how many news articles there are on my name. For an actor his name is everything. My name is shattered and I only have myself to blame. I was also obligated to sell both of my properties as I could not afford them any longer. From here on out, I will never put myself in a position to be in front of a court again. I will abide by any rules set forth in my probation and work on trying to get past the largest blunder of my life. Again, I cannot express my regret enough and hope that the court is merciful. I hope to have a progressive and meaningful life again and will do my absolute best to better myself and learn from this experience.


Very Sincerely,
Michael Aaron Carico